**DIAMOND SAWBLADES MANU-FACTURERS COALITION,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant,**

and

**International Trade Commission,**
Defendant–Appellant,

and

**Saint–Gobain Abrasives,**
**Inc., Defendant,**

and

**Ehwa Diamond Industrial Co., Ltd. and**
**Shinhan Diamond Industrial Co.,**
**Ltd., Defendants.**

No. 2010–1095.

United States Court of Appeals,
Federal Circuit.

June 7, 2011.

Before NEWMAN, GAJARSA, and PROST, Circuit Judges.

### ON MOTION

#### ORDER

Defendant–Appellant moves to dismiss this appeal, and Plaintiff–Appellee responds.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Costs on appeal are awarded to Plaintiff–Appellee Diamond Sawblades.

**Richard A. McGEE, Petitioner,**

v.

**DEPARTMENT OF the AIR**
**FORCE, Respondent.**

No. 2009–3263.

United States Court of Appeals,
Federal Circuit.

June 13, 2011.

Renee A. Gerber, Department of Justice, Washington, DC, for Respondent.

Lawrence J. Fleming, St. Louis, MO, Richard A. McGee, Belleville, IL, for Petitioner.

#### ORDER

Petitioner having filed the required appendix, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the Petition for review is REINSTATED.